89

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA |

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
 2
     KEITH PAYNE,                           ) Case No.
 3                                          ) 8:10CV0033
                     Plaintiff,             )
 4                                          )
          v.                                )
 5                                          )
     BEEF PRODUCTS, INC.;                   )
 6   MID-TEC-INC.; and ZACHRY               )
     ENGINEERING CORPORATION                )
 7   f/k/a UTILITY ENGINEERING              ) CERTIFICATE OF
     CORPORATION,                           ) REPORTER
 8                                          )
                     Defendants.            )
 9

10        I, Gary Thibault, General Notary Public, do
     hereby certify that I served as the Court
11   Reporter at the deposition of BRIAN BUSKE on
     August 26th, 2010 at 1010 Grand Boulevard, Kansas
12   City, Missouri in which the costs of reporting
     and transcribing the deposition were $348.00, and
13   that such costs are to be paid by counsel for the
     plaintiff.
14        I further certify that the original and
     copies were sent to:  Original and 1 copy to
15   Mr. Robert Slovek; 1 copy to Mr. Doug Phillips; 1
     copy to Mr. Stacy Morris and 1 copy to Mr. Chip
16   Greene.

17        Dated this 3rd day of September, 2010.

18
                         [signature]
19                   _____
                     GENERAL NOTARY PUBLIC
20                   Gary Thibault
                     Thibault, Suhr & Thibault, Inc.
21                   6818 Grover Street
                     Omaha, Nebraska   68106
22                        (402) 331-2500

23
                              GARY THIBAULT
24                            MY COMMISSION EXPIRES
                              January 16, 2011
25
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500