IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEITH PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEEF PRODUCTS, INC.; MID-TEC-INC.; and ZACHRY ENGINEERING CORPORATION f/k/a UTILITY ENGINEERING CORPORATION,<br><br>　　　　Defendant. | Case No. 8:10CV0033<br><br>**CERTIFICATE OF SERVICE** |

COMES NOW Plaintiff, Keith Payne, pursuant to NECivR 5.4 and 30.1(a), and hereby gives notice of filing the Certificate of Reporters for the depositions of Santos Delarosa (Filing No. 79), Brian Buske (Filing No. 80), and Dewey Pierce (Filing No. 81).

Dated this 16th day of September, 2010.

        KEITH PAYNE, Plaintiff

        By: /s/ Matthew M. Enenbach
          Robert M. Slovek #17798
          Matthew M. Enenbach #22891
          Kutak Rock LLP
          The Omaha Building
          1650 Farnam Street
          Omaha, NE  68102-2186
          (402) 346-6000

        -and-

        Patrick J. Phipps
        THOMPSON, PHIPPS AND THOMPSON
        P.O. Box 442
        Moville, IA 51039
        Phone: (712) 873-3210
        Facsimile: (712) 873-5322
        patphipps@netins.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Douglas L. Phillips<br>phillips@klasslaw.com | David D. Ernst<br>dernst@pheblaw.com |
| William R. Johnson<br>wjohnson@ldmlaw.com | Earl G. Greene, III<br>egreene@pheblaw.com |

        By:  s/ Matthew M. Enenbach
            Matthew M. Enenbach