IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV33 |
| | ) | |
| v. | ) | |
| | ) | |
| BEEF PRODUCTS, INC., MID-TEC, | ) | ORDER |
| INC., ZACHRY ENGINEERING | ) | |
| CORPORATION, and BPI | ) | |
| TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| MID-TEC, INC., | ) | |
| | ) | |
| Third-party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIEBER CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the court on the plaintiff's motion to dismiss defendants Beef Products, Inc., Mid-Tec, Inc., and BPI Technology, Inc., Filing No. 88, and third-party plaintiff Mid-Tec, Inc.'s motion to dismiss its third-party complaint against Lieber Construction, Filing No. 89. Plaintiff and third-party plaintiff represent that the dismissals are agreed upon by the parties involved. Accordingly, the court finds the motions should be granted.

IT IS ORDERED:

1. Plaintiff's motion to dismiss (Filing No. 88) is granted.

2. Plaintiff's claims against defendants Beef Products, Inc., Mid-Tec, Inc., and BPI Technology, Inc., are hereby dismissed, with prejudice, each party to bear its own costs.

3. Third-party plaintiff Mid-Tec, Inc.'s motion to dismiss (Filing No. 89) is granted.

4. Third-party plaintiff Mid-Tec, Inc.'s claims against third-party defendant Lieber Construction, Inc., are hereby dismissed, with prejudice, each party to bear its own costs.

DATED this 4th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge